# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1951

_____

S.G.,

    Appellant,

    v.

FLORIDA STATE HOSPITAL,

    Appellee.

_____

On appeal from the Division of Administrative Hearings.
Edward Gary Early, Administrative Law Judge.

February 6, 2024

PER CURIAM.

    AFFIRMED.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Madelyn Pendarvis, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Clarissa Jimenez, Senior Assistant Attorney General, and Mason V. Petrosky, Assistant Attorney General, Tallahassee, for Appellee.